# United States Court of Appeals
## For the First Circuit

No. 05-2015

CHARLES J. SENIOR; NORMAN FAHY; RONALD D. PHIPPS; RAYMOND W. POSTMA; THOMAS G. HIRL; GARRETT M. FAGAN; UNITED STEELWORKERS OF AMERICA, LOCAL 12004,

Plaintiffs, Appellants,

v.

NSTAR ELECTRIC AND GAS CORPORATION; COMMONWEALTH GAS COMPANY,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this court, issued May 31, 2006, should be amended as follows:

On page 14, line 6: Replace "insured" with "ensured"

On page 29, line 20: Replace "only ten" with "ninety"